THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KRISTOPHER (AKA KRISTOPHOR) NEIL,<br><br>　　　　Defendant. | No. CR 16-0289JLR<br><br>ORDER TO SEAL DEFENSE SENTENCING MEMORADNUM AND EXHIBITS |

THIS MATTER has come before the undersigned on the motion of Kristophor Neil to file the defense sentencing memorandum and attached exhibits under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file these documents under seal and the filing is also consistent with local rules.

IT IS ORDERED that Defendant's Sentencing Memorandum and Exhibits be filed under seal.

DONE this 9th day of July, 2017.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jennifer E. Wellman*
Federal Public Defender
Attorney for Kristophor Neil

ORDER TO SEAL DEFENSE SENTENCING
MEMO AND EXHIBITS
(*Kristophor Neil*; CR16-289JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100